# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| OSCAR J.P., <br><br> *Petitioner*, <br><br> v. <br><br> THOMAS DECKER, ET. AL. <br><br> *Respondents.* | Civil Action No. 20-7157 (MCA) <br><br> NOTICE OF VOLUTNARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Petitioner Oscar Jiovanny Portillo and his counsel hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Respondents, Thomas Decker, Chad Wolf, and Ronald Edwards, as Petitioner has been released from custody on bond.

Dated: October 12, 2020

Respectfully submitted,

 */s/ Nabila Taj*
Nabila Taj, Esq.
BROOKLYN DEFENDER SERVICES
156 Pierrepont Street
Brooklyn, NY 11201
917-635-2751
ntaj@bds.org

*Counsel for Petitioner*

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  10/15/20